UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E.W.,

                    Plaintiff,

          v.

NEW YORK CITY DEPARTMENT OF
EDUCATION, THE BOARD OF
EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK,
CHANCELLOR MELISSA AVILES-
RAMOS, IN HER OFFICIAL CAPACITY,
AND THE CITY OF NEW YORK,

                    Defendants.

No. 25-CV-146 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This case seeks attorney fees and costs under the Individuals with Disabilities Education Act, Title 20 U.S.C. § 1400 *et seq*. The parties are hereby ordered to submit a joint letter, no later than two weeks from the date of this order, indicating whether there is a need for discovery or an initial conference in this case. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

SO ORDERED.

Dated:    August 26, 2025
          New York, New York

_____
Ronnie Abrams
United States District Judge