UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E.W.,

                    Plaintiff,

          v.

NEW YORK CITY DEPARTMENT OF
EDUCATION, THE BOARD OF
EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK,
CHANCELLOR MELISSA AVILES-
RAMOS, IN HER OFFICIAL CAPACITY,
AND THE CITY OF NEW YORK,

                    Defendants.

No. 25-CV-146 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This case seeks attorney fees and costs under the Individuals with Disabilities Education Act, Title 20 U.S.C. § 1400 *et seq.* On August 26, 2025, the Court ordered the parties to file a joint letter within two weeks from the date of that order. To date, no such letter has been filed. The parties shall file their joint letter no later than September 15, 2025 or this action may be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    September 11, 2025
            New York, New York

                        Ronnie Abrams
                        United States District Judge